# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132899

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JEFFERY CURTIS WHITE,
      Defendant-Appellee.

SC: 132899
COA: 271097
Genesee CC: 05-081395-AR
68th DC: 05-337FY

_____/

      On order of the Court, the application for leave to appeal the December 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

d0319